IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANNY GONZALES,**

    **Plaintiff,**

vs.                                          CASE NO. 4:05CV502-WS/AK

**LEON COUNTY SHERIFFS
DEPARTMENT, et al,**

    **Defendants.**

                                     /

## REPORT AND RECOMMENDATION

Plaintiff has not yet filed a viable complaint in this cause although the original complaint was filed on December 28, 2005. (Doc. 1). The Court understands that Plaintiff has been released from custody and is now free world. The Court has attempted several times to communicate with Plaintiff at the various free world addresses provided, but the last known address for Plaintiff has yet again proved insufficient. (Doc. 29). This case has been pending for over 10 months without a viable complaint filed and without a current address for Plaintiff.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has not kept the Court apprised of his current or

correct address and all attempts to reach him have failed.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **13th** day of November, 2006.

        s/ A. KORNBLUM
        ALLAN KORNBLUM
        UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:05CV502-WS/AK